NUMBER
13-10-00367-CR

 

                                  COURT
OF APPEALS

 

                      THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JUAN
HERNANDEZ,                                                                       Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                  Appellee.

____________________________________________________________

 

                             On
Appeal from the 347th District Court

                                        of
Nueces County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

Before Chief Justice Valdez and
Justices Yañez and Garza

                               Memorandum
Opinion Per Curiam

 








Appellant,
Juan Hernandez, by and through his attorney, has filed a “Withdrawal of Notice
of Appeal and Request to Dismiss Appeal” because he no longer desires to
prosecute it.  See Tex. R. App. P.
42.2(a).  Without passing on the merits of the case, we grant the motion to
withdraw the appeal and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss
the appeal.  Having dismissed the appeal at appellant's request, no motion for
rehearing will be entertained, and our mandate will issue forthwith.

 

PER
CURIAM

 

Do not publish.

See Tex. R. App. P.
47.2(b).  

Delivered and filed the

26th day of August, 2010.